UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH L. MARTIN,<br><br>            Plaintiff<br><br>    v.<br><br>SUMMERLIN HOSPITAL THERAPY, et al.,<br><br>            Defendant | Case No. 3:21-cv-00247-MMD-WGC<br><br>ORDER |

**I.    DISCUSSION**

On October 29, 2021, the Court issued an order screening Plaintiff's civil rights complaint pursuant to 28 U.S.C. § 1915A. (ECF No. 3.) The screening order dismissed the complaint without prejudice and with leave to amend within 30 days. (*Id.*) Plaintiff has now filed a motion requesting an extension of 60 days because of issues related to COVID-19 and access to the law library. (ECF No. 4.) The Court grants Plaintiff's motion. Plaintiff will file any amended complaint on or before February 4, 2022.

Barring unusual circumstances, the Court does not anticipate granting any further extensions. Pursuant to the Court's previous screening order, if Plaintiff fails to file a timely amended complaint, this case will be subject to dismissal without prejudice for failure to state a claim. (ECF No. 3 at 8.)

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion for an extension to file an amended complaint (ECF No. 4) is GRANTED.

IT IS FURTHER ORDERED that, Plaintiff will file any amended complaint on or before February 4, 2022.

DATED THIS  24th day of November 2021.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE