UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KENNETH MARTIN | Case No. 3:21-cv-00247-MMD-CSD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SUMMERLIN HOSPITAL THERAPY, *et al.*, Defendants. | |

The Second Amended Complaint in this action was filed on December 21, 2022. (ECF No. 14.) The Court issued a notice of intent to dismiss Matthew McNinney, Perkins, Larry Williamson, Elizabeth, Jay Michael Marcos, under Fed. R. Civ. P. 4(m) unless proof of service is filed by March 16, 2023. (ECF No. 24). To date, no such proof of service has been filed. Accordingly, it is therefore ordered that the claims against Matthew McNinney, Perkins, Larry Williamson, Elizabeth, Jay Michael Marcos, are dismissed without prejudice.

DATED THIS 3rd Day of May 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE